427 A.2d 1213

Commonwealth v. Kauffman, Appellant.

Submitted June 27, 1978. Frank J. Marcone, for appellant; Vraim Nedurian, Assistant District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Judgment of sentence affirmed.

CERCONE, P. J., concurred in the result.

JACOBS, former P. J., did not participate in the consideration or decision of this case.